1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DONNA ANDERSON, et al.,<br><br>                    Defendants. | CASE NO. C05-1576JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff's motion to withdraw motion and file amended motion for summary judgment (Dkt. # 28). The court DENIES the motion.

This action is set for trial on February 20, 2007, with dispositive motions due by November 22, 2006 (Dkt. # 22). The court issues scheduling orders setting trial dates and related dates to provide a reasonable schedule for the resolution of disputes. First, the court generally sets the discovery cut-off 30 days prior to the deadline for filing dispositive motions in order to ensure that the court has before it a complete record when it considers a motion that could potentially dispose of the case. Second, the schedule generally provides 90 days between the deadline for filing dispositive motions and the

MINUTE ORDER – 1

trial date.  This 90-day period takes into account: (a) an approximate 30-day lag between the date a party files a motion and the date that motion becomes ripe for the court's consideration, see Local Rules W.D. Wash. CR 7(d)(3); and (b) an additional 30 days during which the court endeavors to rule on the motion, id. at CR 7(b)(5).  Anything short of a 90-day period leaves inadequate time for the parties to consider the court's ruling and plan for trial or an alternate resolution.

Here, Plaintiff's motion to continue the dispositive motion deadline to January 4, 2007, would give the court approximately half the amount of time it requires to rule on such motions before trial.

Filed and entered this 18th day of December, 2006.

BRUCE RIFKIN, Clerk

By  s/Mary Duett
      Deputy Clerk

MINUTE ORDER – 2