UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DONNA ANDERSON, et al.,<br><br>  Defendants. | CASE NO. C05-1576JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court is in receipt of Plaintiff's notice of bankruptcy filing by Defendant Donna Anderson a/k/a Donna Mary Anderson a/k/a Donna Bode Anderson (Dkt. # 30). The only other Defendant, The Opportunity Council, has not appeared in this matter.

Plaintiff's original application for clerk's entry of default against The Opportunity Counsel was withdrawn prior to Plaintiff's motion for summary judgment. The withdrawal of the application appears to have been made in error. Plaintiff informs the court that it cannot renew its application for default against The Opportunity Counsel because of the automatic stay provisions contained in the United States Bankruptcy Code. Essentially, Plaintiff contends that because Defendant Donna Anderson filed for

MINUTE ORDER – 1

bankruptcy in December 2006, it cannot move for judgment against her creditor, The Opportunity Counsel. Based on Plaintiff's representations to the court regarding the scope of the automatic stay provisions, and pursuant to those same provisions, the court hereby strikes Plaintiff's motion for summary judgment (Dkt. # 25) and stays the matter pending resolution of the bankruptcy proceeding. <u>See</u> 11 U.S.C. § 362.

Filed and entered this 23rd day of January, 2007.

BRUCE RIFKIN, Clerk

By s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2